CAND Pay.gov Application for Refund (rev. 10/19)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

*IMPORTANT*:
- Complete all required fields (shown in red*); otherwise, your request may be denied and require resubmission.
- In fields **3-6**, enter the information for the **incorrect** transaction (the one for which you are requesting a refund), not the **correct** transaction that appears on the docket. This information can be found in the Pay.gov screen receipt or confirmation email.

| | |
|---|---|
| 1. **Your Name:*** | 7. Your Phone Number: |
| 2. **Your Email Address: *** | 8. Full Case Number (if applicable): |
| 3. **Receipt Number:*** | 9. **Fee Type:*** ☐ Attorney Admission  ☐ Civil Case Filing  ☐ FTR Audio Recording  ☐ Notice of Appeal  ☐ Pro Hac Vice  ☐ Writ of Habeas Corpus |
| 4. **Transaction Date:*** | |
| 5. **Transaction Time:*** | |
| 6. **Transaction Amount (Amount to be refunded):*** | |
| 10. **Reason for Refund Request:*** *Explain in detail what happened to cause duplicate charges or no fee required.*  <br>■ For a duplicate charge, provide the **correct** receipt number in this field.  <br>■ If you paid a filing fee in an abandoned case number, note that case number here (but e-file the refund request in the **open** case). ||

✓ *Efile this form using* OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments. For assistance, contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday -Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY ||
|---|---|
| Refund request: | ☐ Approved  <br>☐ Denied  <br>☐ Denied ─ Resubmit amended application (see reason for denial) |
| Approval/denial date: | Request approved/denied by: |
| Pay.gov refund tracking ID refunded: | Agency refund tracking ID number: 0971- |
| Date refund processed: | Refund processed by: |
| Reason for denial (if applicable): ||
| Referred for OSC date (if applicable): ||